Commonwealth *v.* Morton, Appellant.

Argued June 13, 1975. *David E. Auerbach,* Assistant Public Defender, with him

*Kenneth P. Barrow,* Public Defender, for appellant; *Vram Nedurian, Jr.,* Assistant District Attorney, with him *Ralph B. D'Iorio,* Assistant District Attorney, and *Stephen J. McEwen, Jr.,* District Attorney, for Commonwealth, appellee.

Judgment of sentence affirmed.